UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2016 MAY 11  AM 9:44

BY _____
DEPUTY CLERK

| | |
|---|---|
| BRIAN J. KEARNEY,<br><br>     Plaintiff<br><br>v.<br><br>OKEMO LIMITED LIABILITY<br>COMPANY d/b/a OKEMO MOUNTAIN<br>RESORT;<br>and<br>UNITED STATES SKI AND<br>SNOWBOARD ASSOCIATION<br><br>     Defendant | DOCKET NO.: 5:15-cv-166-ERK<br><br>STIPULATION FOR EXTENSION TO<br>FILE REPLY IN SUPPORT OF<br>DEFENDANTS' MOTION FOR<br>SUMMARY JUDGMENT |

The parties, through their attorneys stipulate to an extension of time to and including June 6, 2016 for Defendants to file their Reply in Support of its Motion for Summary Judgment.

DATED: May 9, 2016                                    DATED: May 9, 2016

By:  /s/ Guy I. Smiley                                    By:  /s/ Andrew H. Maass
     Guy I. Smiley, Esq.                                        Andrew H. Maass
     Andrew J. Smiley, Esq.                                     RYAN SMITH & CARBINE, LTD.
     Smiley & Smiley, LLP                                       98 Merchants Row
     122 East 42nd Street, Suite 3900                           P.O. Box 310
     New York, NY 10168                                         Rutland, VT 05702-0310
     (212) 986-2022                                             (802) 786-1028
     gsmiley@smileylaw.com                                      ahm@rsclaw.com

     *Attorneys for Plaintiff Brian Kearney*                    *Attorneys for United States Ski and*
                                                                *Snowboard Association*

**SO ORDERED:**

Dated at   Rutland  , this  11th day of  May , 2016

_____
Geoffrey W. Crawford, U.S. District Judge